

Chambers of
Marvin H. Shoob
Senior Judge

Northern District of Georgia
1767 United States Courthouse
Atlanta, Georgia 30303

(404)215-1470

Ms. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C.  20544

Re: Calendar Year 2004 Filing

Dear Ms. Lisi:

In response to your July 28, 2005, letter, please consider this letter and the attachment as an amendment to my 2004 report.  The mortgage referred to in part VI of my 2004 report is a mortgage on my personal residence and, as you point out, no entry is required in part VII.

The attached pages 2 and 3, part VII, are substituted for those pages in my original 2004 report.  I believe this responds to the several questions you raise.  If any further information is needed,  please let me know.

I regret the omission, but the report was completed during a very busy period with attendant health problems.



Sincerely,

Marvin H. Shoob

August 12, 2005

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5·10·05 |

## VII. Page 2  INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

2005 AUG 17 A 11:09  FINANCIAL DISCLOSURE  RECEIVED

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST (IRA) WACHOVIA SECURITIES, TRUSTEE | | | | | | | | | |
| ASSETS: | | | | | | | | | |
| GENERAL MOTORS ACCEPTANCE NOTES | | INT | | | SOLD | 11/15 | J | | |
| EVERGREEN MONEY MARKET FUND | | INT | | | | | | | |
| U.S. TREASURY BONDS AND OBLIGATIONS | | INT | | | | | | | |
| VAN KAMPEN MERRITT GOVERNMENT FUND | | INT | | | SOLD | 11/15 | K | | |
| UNITED UTILITIES | | INT | | | BUY | 11/1 | K | | |
| CALAMOS INVT TR FUND | | DIV | | | BUY | 11/11 | J | | |
| CAUSEWAY INTL VALUE FUND | | DIV | | | BUY | 11/11 | J | | |
| CENTURY SMALL CAP FUND | | DIV | | | BUY | 11/11 | J | | |
| FMI FDS FOCUS FUND | | DIV | | | BUY | 11/11 | J | | |
| GOLDMAN SACHS TR FINL SQ FUND | | DIV | | | BUY | 11/11 | J | | |
| HOTCHKIS & WILEY FDS FUND | | DIV | | | BUY | 11/11 | J | | |
| JULIUS BAER INVT FDS FUND | | DIV | | | BUY | 11/11 | J | | |
| KINETICS MUT FDS INC FUND | | DIV | | | BUY | 11/11 | J | | |
| LEGG MASON VALUE TRUST FUND | | DIV | | | BUY | 11/11 | J | | |
| OPPENHEIMER REAL ASSET FUND | | DIV | | | BUY | 11/1 | J | | |

1   Income/Gain Codes: (See Col. B1, D4)   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2   Value Codes: (See Col. C1, D3)   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3   Value Method Codes: (See Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 ROYCE FD TOTAL RETURN FUND | | DIV | | | BUY | 11/11 | J | | |
| 36 TCW GALILEO FDS INC SELECT FUND | | DIV | | | BUY | 11/11 | J | | |
| 37 TCW GALILEO FUNDS INC VALUE FUND | | DIV | | | BUY | 11/11 | J | | |
| 38 TORRAY FD INSTITUTIONAL FD FUND | | DIV | | | BUY | 11/11 | J | | |
| 39 VANGUARD WINDSOR FUND INC VANGUARD/ | | DIV | | | BUY | 11/11 | J | | |
| 40 WINDSOR II PORTFOLIO | | | | | | | | | |
| 41 AGGREGATE INCOME & VALUE OF TRUST | E | | N | T | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

**1. Person Reporting** (Last name, first, middle initial)

SHOOB, MARVIN H.

**2. Court or Organization**

NORTHERN DISTRICT OF GEORGIA

**3. Date of Report**

5-10-05

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

SENIOR

**5. Report Type** (check appropriate type)

___ Nomination, Date _____

___ Initial ✓ Annual ___ Final

**6. Reporting Period**

1-1-2004 TO 12-31-2004

**7. Chambers or Office Address**

1767 U.S. COURTHOUSE
75 SPRING ST., SW
ATLANTA, GA 30303-3309

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 ADVISORY BOARD | SHEPHERD SPINAL CLINIC |
| 2 LIFE TRUSTEE | AMERICAN JEWISH COMMITTEE |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2004 | SELF-EMPLOYED FASHION DESIGNER | |
| 2 | | |

DISCLOSURE OF FINANCIAL May 16 2 31 PM '05 RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | WACHOVIA BANK, N.A. | HOME EQUITY MORTGAGE | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5.10.05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amt. Code 1 (A-H) | B (2) Type (e.g. div, rent or int.) | C (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month-Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 PINNACLE CREDIT UNION FULTON COUNTY, GA. | E | RENT | N | W | | | | | |
| 2 MERRILL LYNCH CMA ACCOUNT | B | INT | L | T | | | | | |
| 3 COBB COUNTY HOSPITAL BONDS | C | INT | L | T | | | | | |
| 4 JESUP, GA., BONDS | B | INT | K | T | | | | | |
| 5 METRO ATLANTA BONDS | C | INT | K | T | | | | | |
| 6 COBB COUNTY HOSPITAL BONDS | A | INT | J | T | | | | | |
| 7 GWINNET COUNTY BONDS | B | INT | J | T | | | | | |
| 8 ML& CO UNION EURO/ USD | A | INT | K | T | BUY | 4/23 | K | | |
| 9 CAPITAL INCOME BUILDER FUND | A | DIV | J | T | BUY | 12/1 | J | | |
| 10 CAPITAL WORLD BOND FUND | A | DIV | J | T | BUY | 12/1 | J | | |
| 11 CAPITAL WORLD GROWTH FUND | A | DIV | J | T | BUY | 12/1 | J | | |
| 12 EUROPACIFIC GROWTH FUND | A | DIV | J | T | BUY | 12/1 | J | | |
| 13 FUNDAMENTAL INVS INC FUND | A | DIV | J | T | BUY | 12/1 | J | | |
| 14 GROWTH FUND AMER FUND | A | DIV | J | T | BUY | 12/1 | J | | |
| 15 OPPENHEIMER INTL BOND FUND | A | INT | L | T | BUY | 12/1 | L | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   R2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5·10·05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST (IRA) WACHOVIA SECURITIES, TRUSTEE | | | | | | | | | |
| 19 ASSETS: | | | | | | | | | |
| 20 GENERAL MOTORS ACCEPTANCE NOTES | | INT | | | SOLD | | | | |
| 21 EVERGREEN MONEY MARKET FUND | | INT | | | | | | | |
| 22 U.S. TREASURY BONDS AND OBLIGATIONS | | INT | | | | | | | |
| 23 VAN KAMPEN MERRITT GOVERNMENT FUND | | INT | | | SOLD | | | | |
| 24 UNITED UTILITIES | | INT | | | | | | | |
| 25 CALAMOS INVT TR FUND | | DIV | | | | | | | |
| 26 CAUSEWAY INTL VALUE FUND | | DIV | | | | | | | |
| 27 CENTURY SMALL CAP FUND | | DIV | | | | | | | |
| 28 FMI FDS FOCUS FUND | | DIV | | | | | | | |
| 29 GOLDMAN SACHS TR FINL SQ FUND | | DIV | | | | | | | |
| 30 HOTCHKIS & WILEY FDS FUND | | DIV | | | | | | | |
| 31 JULIUS BAER INVT FDS FUND | | DIV | | | | | | | |
| 32 KINETICS MUT FDS INC FUND | | DIV | | | | | | | |
| 33 LEGG MASON VALUE TRUST FUND | | DIV | | | | | | | |
| 34 OPPENHEIMER REAL ASSET FUND | | DIV | | | | | | | |

| 1. | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | P4=More than $50,000,000 | | | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| BOYCE FD TOTAL RETURN FUND | | DIV | | | | | | | |
| TCW GALILEO FDS INC SELECT FUND | | DIV | | | | | | | |
| TCW GALILEO FUNDS INC VALUE FUND | | DIV | | | | | | | |
| TORRAY FD INSTITUTIONAL FD FUND | | DIV | | | | | | | |
| VANGUARD WINDSOR FUND INC VANGUARD / WINDSOR II PORTFOLIO | | DIV | | | | | | | |
| AGGREGATE INCOME & VALUE OF TRUST | E | | N | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __May 10 '05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544